## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Peter Gibbs and</u>
<u>Brett Brooke Sonia</u>

    v.                                                    Case No. 20-cv-1113-LM

<u>N.H. Department of Corrections</u>
<u>Commissioner Helen Hanks et al.</u>

### REPORT AND RECOMMENDATION

    Peter Gibbs and Brett (Brooke) Sonia, two New Hampshire Department of Corrections inmates, jointly filed this action in November 2020 asserting claims that the conditions of their confinement in the Airways Heights Corrections Center, in Airways Heights, Washington, violated their federal constitutional rights.  The parties did not pay the filing fee up front, and neither of them filed a complete application to proceed in this case without prepaying the filing fee.

    Neither plaintiff has responded to the August 9, 2021 Order (Doc. No. 7) directing them, no later than October 5, 2021, to pay the filing fee or to fill out and file a complete in forma pauperis motion with all of the necessary records, specific to each of them.  Neither of them has filed any document in this case since February 9, 2021.

The district judge should direct that this case be dismissed, without prejudice, because of the plaintiffs' failure to pay the filing fee and apparent abandonment of this action. Any objection to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

November 9, 2021

cc: Peter E. Gibbs, Jr., pro se, c/o N.H. State Prison
    Brett (Brooke) Sonia, pro se